IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JUAN MEDINA                                                                              PLAINTIFF

V.                                          4:09CV00834 JMM

HARTFORD LIFE & ACCIDENT
INSURANCE COMPANY                                                         DEFENDANT

## ORDER

Pending is the parties' joint motion to dismiss. (Docket #16). For good cause shown, the motion is GRANTED. This case is hereby dismissed with prejudice, each party to bear its own fees and costs.

IT IS SO ORDERED this 10th day of May, 2010.

_____
James M. Moody
United States District Judge